## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 6, 2016

_____

### RESPONSE REQUESTED
_____

No.   16-1172,        Theodore Hartsock, Jr. v. Goodyear Dunlop Tires
                      2:13-cv-00419-PMD

TO:    Martin Gary Toole
       Mark Charles Tanenbaum
       Bianca G. Liston
       Mia Lauren Maness
       Earle Duncan Getchell
       Michael Hugh Brady

RESPONSE(S) DUE: 04/18/2016

Response(s) are required to the Motion by Rubber Manufacturers Association, for leave to file Amicus Curiae Brief
AND
Motion by Product Liability Advisory Council, Inc., for leave to file Amicus Curiae Brief.

Cathi Bennett, Deputy Clerk
804-916-2702